UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Case Number:_____

## 18-CV-10049 MARTINEZ/WHITE

Jason Vest
(Write the full name of the plaintiff)

vs. Sheriff - Rick Ramsay,
Monroe County Sheriff's Office

FILED by LPC D.C.
APR 3 0 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. - MIAMI

(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A. Plaintiff: Jason Vest

Address: 5501 College Rd., Key West, FL 33040

Inmate/Prison No.: MNI - 14007765

Year of Birth: 1978 (Do not include day or month, pursuant to Fed. R. Civ. P 5.2)

cat/div 550/1983/KW
Case #_____
Judge_____ Mag. WHITE
Motn Ifp YES
Receipt #_____ Fee pd $____

(Write your name, address and prison/inmate number, if applicable)

vs.

B. Defendant: Rick Ramsay    Defendant:_____

Official Position: Sheriff    Official Position:_____

Place of Employment: Monroe County Sheriff's Office, 5525 College Rd., Key West, FL 33040    Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

1. On January 16th, 2018, Plaintiff was sent to the jails lockdown unit for a disciplinary report. Plaintiff was given 10 days of "lockdown" as a disciplinary sanction. On January 26th, 2018, Plaintiff completed the disciplinary sanction but remained in the lockdown unit. On numerous occasions between 2/1/18 and 4/14/18, Plaintiff has inquired about being moved back into his previous housing unit, and either was ignored or denied. On 2/1, 2/6, 2/13, and 2/14/18, Plaintiff recieved written responses from Captain Sweeney of the M.C.S.O. Corrections Bureau, addressing Plaintiffs requests, alluding to the reason for remaining in lockdown housing because of original disciplinary report, regardless of the expiration of the disciplinary sanction. Plaintiff has requested several alternate solutions to his housing assignment, all of which has been suitable for other inmates in the past. Plaintiffs housing is punitive in nature, retaliation against Plaintiff for threatening a lawsuit, and is a violation of Due Process.

2. Defendant has enacted a policy inside the jail lockdown unit that requires the use of restraints for inmate movement. Such policy serves no purpose, amounts to use of restraints as punishment, and an excessive use of force.

3. Plaintiff has suffered emotional distress, humiliation, and embarrassment as a result. ~~[scribbled out]~~ 9.4.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Plaintiff requests financial compensation at $200.00 per day that the defendant violates the Plaintiffs rights.

Plaintiff also requests an injunctions against the defendant barring any future violations of these rights against any inmate.

### IV. Jury Demand

Are you demanding a jury trial?    X  Yes    ___ No

Signed this  18th  day of  April , 20 18

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is truce and correct.

Executed on: _____

_____
Signature of Plaintiff

Jason Vest - 140077765
Monroe County Detention Center
5501 College Rd.
Key West, FL 33040

\* <u>Legal Mail</u> \*
Pro Se Litigant

<u>Clerks Office</u>
United States District Court
Southern District of Florida
400 North Miami Ave., 8N09
Miami, FL 33128-7716

MONROE COUNTY DETENTION CENTER
5501 COLLEGE ROAD, KEY WEST, FL 33040

INCOMING & OUTGOING MAIL
MUST STATE THE SENDERS FULL NAME AND
ADDRESS, THE INMATE OR DETAINEE NAME
ALSO BOOKING #

UNLESS OTHER PERSON/ENTER
AUTHORIZED PACKAGES, BOOKS AND
MAGAZINES WILL NOT BE ACCEPTED
WILL BE COUNTY DETENTION CENTER WE ARE
5501 COLLEGE RD
MONROE COUNTY 33040 CT INFORMATION
KEY WEST FL 33040

OUTGOING PRO-SE LEGAL MAIL
SENDERS